AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) Houston, John A | 2. Court or Organization Southern District of Californi | 3. Date of Report 05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Court | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 940 Front Street Suite 2140 San Diego, CA 92101-1118 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Aurora San Diego, LLP |
| 2. | Self Employed (consultant/clinical psychologist) |
| 3. | ERM, San Diego, CA (consulting) |
| 4. | Center For Creative Leadership, La Jolla ,CA |
| 5. | ARC - Respite House |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Gold | Credit Card | J |
| 2. Pentagon Federal Credit Union | -- Mortgage- Rental Property - Birmingham,AL (cntd Part 8 | K |
| 3. CitiBank | --- Mortgage - Rental Property - San Diego (x) ; see part 8 | N |
| 4. Bank One | Credit Card | K |
| 5. Citibank | Credit Card | J |
| 6. Pentagon Federal Credit Union | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property(1), Birmingham, AL | C | Rent | K | W | | | | | |
| 2. Rental Property (2), San Diego, CA (X) | E | Rent | O | W | | | | | |
| 3. San Diego Gas & Electric (Sempra) | A | Dividend | J | T | | | | | |
| 4. San Diego Gas & Electric (Sempra) | A | Dividend | J | T | | | | | |
| 5. Oppenheimer Capital Appreciation Mutual Fund- IRA | B | Dividend | L | T | Buy | 07/13 | L | | |
| 6. Oppenheimer Capital Appreciation Mutual Fund - IRA | B | Dividend | K | T | Buy | 12/03 | K | | |
| 7. Fidelity Funds - IRA | B | Dividend | J | T | | | | | |
| 8. --Fidelity Discovery Fund | A | Dividend | J | T | | | | | |
| 9. ---Fidelity New Markets Fund | A | Dividend | J | T | | | | | |
| 10. Trust | E | Dividend | M | T | | | | | |
| 11. - McDonalds Common Stock | | | | | | | | | |
| 12. - AT&T (Common Stock) | | | | | | | | | |
| 13. - Alcoa (Common Stock) | | | | | | | | | |
| 14. - Merck (Common Stock) | | | | | | | | | |
| 15. - Coca-Cola (Common Stock) | | | | | | | | | |
| 16. - Goodyear (Common Stock) | | | | | | | | | |
| 17. - 3M (Common Stock) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Caterpillar (Common Stock) | | | | | | | | | |
| 19. - CenterPoint Energy (Formerly Houston Ind) (Common Stock) | | | | | | | | | |
| 20. - Time Warner (Common Stock) "(X)" | | | | | | | | | |
| 21. - Janus Mercury Fund (Mutual Fund) | | | | | | | | | |
| 22. - Microsoft (Common Stock) | | | | | | | | | |
| 23. - Leap Wireless Communications (Common Stock) | | | | | | | | | |
| 24. - Home Depot (Common Stock) | | | | | | | | | |
| 25. - Phoenix Strategic Equity Opportunity,Class B | | | | | | | | | |
| 26. - Phoenix Seneca Strategic Theme Class B | | | | | | | | | |
| 27. Reynolds Mutual Fund | B | Dividend | J | T | | | | | |
| 28. Legg Mason Value Focus Mutual Fund | A | Dividend | J | T | | | | | |
| 29. MSDW Dividend Growth Securities Fund | A | Dividend | J | T | | | | | |
| 30. MSDW California Tax-Free Income Fund | A | Interest | J | T | | | | | |
| 31. AIM Advisor Real Estate Fund | A | Dividend | J | T | | | | | |
| 32. Eaton Vance WW Health Sciences Fund "(X)" | A | Dividend | J | T | | | | | |
| 33. Eaton Vance Taz Managed Growth Fund "(X)" | A | Dividend | J | T | | | | | |
| 34. Franklin Calif Trax Free Income Fund "(X)" | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MFS MidCap Growth Fund "(X)" | A | Dividend | J | T | | | | | |
| 36. Putnam Rsearch Fund "(X)" | A | Dividend | J | T | | | | | |
| 37. Putnam International Voyager Fund "(X)" | A | Dividend | J | T | | | | | |
| 38. Sentinel Small Cap Companies Fund "(X)" | A | Dividend | J | T | | | | | |
| 39. Reserve Primary Fund Class R (X) | A | Dividend | J | T | | | | | |
| 40. Lord Abbet Mid Cap Val Class C (X) | A | Distribution | J | T | | | | | |
| 41. MFS Val Class B (X) | A | Dividend | J | T | | | | | |
| 42. MFS Value Class C (X) | A | Dividend | J | T | | | | | |
| 43. American AMCAP Class C (X) | A | Distribution | J | T | | | | | |
| 44. John Hancock US Glob Leaders Growth Class C (X) | A | Dividend | J | T | | | | | |
| 45. Putnam Tax Smart Equity Class B (X) | A | Dividend | J | T | | | | | |
| 46. Delaware Tax-Free California Class B (X) | A | Interest | J | T | | | | | |
| 47. - Qualcomm (common stock) | | | | | | | | | |
| 48. -Nuveen Limited Term Municipal Bond Fund | A | | | | | | | | |
| 49. Sisters Investing N Securities(SIS)(Investment Club) | B | Dividend | J | T | | | | | |
| 50. - Apple (Common Stock) | | | | | | | | | |
| 51. - Harley Davidson (Common Stock) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250.001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25.000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Limited, Inc. (Formerly Intimate Brands (Common Stock) | | | | | | | | | |
| 53. - Pepsi Co (Common Stock) | | | | | | | | | |
| 54. - Qualcomm (Common Stock) | | | | | | | | | |
| 55. - Tricon Global (Common Stock) | | | | | | | | | |
| 56. - WalMart Stores (Common Stock) | | | | | | | | | |
| 57. - Leap Wireless (Common Stock)"(X)" | | | | | | | | | |
| 58. - America On Line (Common Stock) | | | | | | | | | |
| 59. - Walt Disney (Common Stock) | | | | | | | | | |
| 60. - Cisco | | | | | | | | | |
| 61. - Microsoft | | | | | | | | | |
| 62. - Putnam Voyager Mutual Fund | | | | | | | | | |
| 63. - Southwest Airlines | | | | | | | | | |
| 64. - General Electric | | | | | | | | | |
| 65. -Phizer, Inc. | | | | | | | | | |
| 66. -Amylin Pharmaceutical | | | | | | | | | |
| 67. Phoenix Mutual Funds- Simple-IRA | C | Dividend | K | T | | | | | |
| 68. - Phoenix Strategic Theme Class B | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VI., Item 3. Mortgage - Rental Property- San Diego.  See explanation below.

Part VII, Item 2 in this report. Rental Property - San Diego.  This property was previously exempt from reporting requirements in that it was a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  While preparing my year 2004 income tax return [which occurred after filing the 2004 report], my accountant informed me that the manner in which the property was allowed to be occupied by others during year 2004 characterized the property as a rental property for IRS purposes.  As such, in last year's report, I inadvertently failed to disclose that the property was used in such a way that could be construed as rental property.  During this reporting period, I did rent out the property for a portion of the year as a rental unit.

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date_____ 5-15- 2006

NOTE: ANY INDIVIDUAL ~~WHO KNOWINGLY AND~~ WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544